AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| Southern Utah Wilderness Alliance<br>*Plaintiff(s)*<br>v.<br>Gerald Kenczka et al.<br>*Defendant(s)* | Civil Action No. 2:26-cv-00718 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Melissa Holyoak, United States Attorney
C/O Civil Process Clerk
U.S. Attorney's Office, District of Utah
111 South Main Street, #1800
Salt Lake City, UT 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Landon Newell
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

[Seal: United States District Court — District of Utah — SUMMONS]

Date: 8/3/2026

[signature]
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00718

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Melissa Holyoak, United States Attorney
was received by me on *(date)* 08/03/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify):* FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2026

/s/ Landon Newell
*Server's signature*

Landon Newell, Attorney
*Printed name and title*

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

Southern Utah Wilderness Alliance

*Plaintiff(s)*

v.

Gerald Kenczka et al.

*Defendant(s)*

Civil Action No. 2:26-cv-00718

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd Blanche, Acting Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Landon Newell
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

United States District Court — SUMMONS — District of Utah

Date: 8/3/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00718

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, United States Attorney General
was received by me on *(date)* 08/03/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2026

/s/ Landon Newell
*Server's signature*

Landon Newell, Attorney
*Printed name and title*

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | |
|---|---|
| Southern Utah Wilderness Alliance<br>*Plaintiff(s)*<br>v.<br>Gerald Kenczka et al.<br>*Defendant(s)* | Civil Action No. 2:26-cv-00718 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street NW, Room 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Landon Newell
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court — SUMMONS — District of Utah

Gary P Serdar
*CLERK OF COURT*

Date: 8/3/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00718

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Bureau of Land Management
was received by me on *(date)* 08/03/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: FRCP 4(i)

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2026

/s/ Landon Newell
*Server's signature*

Landon Newell, Attorney
*Printed name and title*

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| Southern Utah Wilderness Alliance<br>*Plaintiff(s)*<br>v.<br>Gerald Kenczka et al.<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-00718 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Landon Newell
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

United States District Court
SUMMONS
District of Utah

Gary P Serdar
*CLERK OF COURT*

Date: 8/3/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:26-cv-00718

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of the Interior
was received by me on *(date)* 08/03/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: FRCP 4(i)

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2026

/s/ Landon Newell
*Server's signature*

Landon Newell, Attorney
*Printed name and title*

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

| | | |
|---|---|---|
| Southern Utah Wilderness Alliance<br>*Plaintiff(s)*<br>v.<br>Gerald Kenczka et al.<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-00718 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Gerald Kenczka, Assistant Field Manager for Lands and Minerals
Vernal Field Office
Bureau of Land Management
170 South 500 East
Vernal, UT 84078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Landon Newell
Hanna Larsen
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




Gary P Serdar
*CLERK OF COURT*

Date: 8/4/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00718

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gerald Kenczka (BLM Vernal Field Office)
was received by me on *(date)* 08/04/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: FRCP 4(i)

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/26/2026

/s/ Landon Newell
*Server's signature*

Landon Newell, Attorney
*Printed name and title*

Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
*Server's address*

Additional information regarding attempted service, etc: