**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

T. Blanche
USAG
26-718
Complaint / summons

9590 9402 9908 5335 7088 47

2. Article Number (Transfer from service label)

9589 0710 5270 4679 0804 38

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Evie Sassok ☐ Agent ☐ Addressee

B. Received by (Printed Name) AUG 12 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...il
...il Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Holyoak
USAO
26-718
Complaint / summons

9590 9402 9908 5335 7087 62

2. Article Number (Transfer from service label)

9589 0710 5270 4679 0804 90

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) K Veenstra

C. Date of Delivery 8-7-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...l Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BLM
26-718
Complaint / summons

9590 9402 9908 5335 7088 30

2. Article Number (Transfer from service label)

9589 0710 5270 4679 0804 52

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery 8/10/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
...il Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

G. Kerzka
BLM
26-718
Complaint / summons

9590 9402 9908 5335 7088 16

2. Article Number (Transfer from service label)

9589 0710 5270 4679 0804 76

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kierra C

C. Date of Delivery 8/7/2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...il Restricted Delivery
☐ Priority Mail Express...
☐ Registered Mail™
☐ Registered Mail Re...
Delivery
☐ Signature Confirma...
☐ Signature Confirm...
Restricted Delive...

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Ret...

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®


9589 0710 5270 4679 0804 69

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here
AUG - 5 2026

*Sent To* DOI

*Street and Apt. No., or PO Box No.* 26-718

*City, State, ZIP+4®* Complaint / summons

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**Tracking Number:**

## 9589071052704679080469

**Copy** **Add to Informed Delivery**

## Latest Update

Your item was delivered to an individual at the address at 12:12 pm on August 11, 2026 in WASHINGTON, DC 20240.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
August 11, 2026 12:12 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**