MELISSA HOLYOAK, United States Attorney (9832)
RYAN D. MARSH, Assistant United States Attorney (13292)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
ryan.marsh@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, et al.,<br><br>Defendants. | **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00718-DBB<br><br>District Judge David B. Barlow |

Pursuant to DUCivR 6-2, Defendants Gerald Kenczka, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, the United States Bureau of Land Management, and the United States Department of the Interior, respectfully request a 14-day extension of time to answer or otherwise respond to Plaintiff's complaint (ECF No. 1). Defendants' current deadline to respond to the complaint is currently October 6, 2026. A 14-day extension will result in a new deadline of October 20, 2026. As this is Defendants' first request for an extension of time to answer or otherwise respond, they

seek an extension of 14 days or fewer, and they are filing this motion before the current deadline to respond, they respectfully request that the Court grant this motion.

Dated this 1st day of October 2026.

MELISSA HOLYOAK
United States Attorney

*__/s/ Ryan D. Marsh__*
RYAN D. MARSH
Assistant United States Attorney