UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00718-DBB<br><br>District Judge David B. Barlow |

Defendants filed a motion pursuant to DUCivR6-2 requesting an extension of the October 6, 2026 deadline to answer or otherwise respond to Plaintiff's complaint. As this is Defendants' first requested extension of their response deadline, they seek an extension of 14 days or less, and they filed their motion before the current response deadline, the Court finds there is good cause to grant the motion. Defendants' time to answer or otherwise respond to the complaint is extended to October 20, 2026.

Dated this ____ day of October 2026.

BY THE COURT:

______________________

DAVID B. BARLOW
United States District Judge