MELISSA HOLYOAK, United States Attorney (9832)
RYAN D. MARSH, Assistant United States Attorney (13292)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
ryan.marsh@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **AGENCY STATEMENT DENYING ARBITRARY AND CAPRICIOUS ACTION**<br><br>Case No. 2:26-cv-00718-DBB<br><br>District Judge David B. Barlow |

Pursuant to DUCivR 7-4(b)(2)(B), Defendants Gerald Kenczka, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, the United States Bureau of Land Management ("BLM"), and the United States Department of the Interior (collectively, "Federal Defendants") submit this response to Plaintiff's Complaint for Declaratory and Injunctive Relief, ECF No. 1. In the Complaint, Plaintiff challenges BLM's decision to approve an oil and gas drilling and development project in

northeastern Utah (the "Veloci Project"). ECF No. 1 ¶ 1. Plaintiff contends that BLM: (1) did not analyze and disclose the Veloci Project's foreseeable impact to scenic and natural resource values associated with the White River region of northeastern Utah, and (2) failed to consult with the United States Fish and Wildlife Service ("FWS") regarding the potential impacts to ESA-listed species, including the Mexican spotted owl (*Strix occidentalis lucida*) and the Uinta Basin hookless cactus (*Sclerocactus wetlandicus*). *Id*. ¶¶ 2-11.

Federal Defendants deny that BLM's approval of the Veloci Project was arbitrary, capricious, or contrary to law. Consequently, Federal Defendants deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever.

Respectfully submitted this 19th day of October 2026,

MELISSA HOLYOAK
United States Attorney

*/s/ Ryan D. Marsh*
RYAN D. MARSH
Assistant United States Attorney

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/ *Ryan D. Marsh*
RYAN D. MARSH
Assistant United States Attorney