Landon Newell (UT #14738)
Hanna Larsen (UT #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
(801) 486-3161
landon@suwa.org
hanna@suwa.org

Attorneys for Plaintiff
Southern Utah Wilderness Alliance

---

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **JOINT MOTION FOR SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br>Case No. 2:26-cv-00718-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

In this case, Plaintiff Southern Utah Wilderness Alliance challenges a decision made by Gerald Kenczka, et al. ("Federal Defendants") to approve an oil and gas exploration and development project in the southern Uinta Basin. Because the Court will review the Federal Defendants' decision based on the administrative record and under the Administrative Procedure

Act's arbitrary and capricious standard of review, the case is governed by DUCivR 7-4. Pursuant to DUCivR 7-4(c)(1), Plaintiff and Federal Defendants have conferred about the case schedule and hereby move the Court to approve the attached Proposed Scheduling Order.

*/s/ Landon Newell*
Landon Newell
Hanna Larsen
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
landon@suwa.org
hanna@suwa.org

*Counsel for Plaintiff*

*/s/ Ryan Marsh* (with permission)
Melissa Holyoak
United States Attorney

Ryan D. Marsh
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
ryan.marsh@usdoj.gov

*Counsel for Federal Defendants*