UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management; UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | **SCHEDULING ORDER IN AN ADMINISTRATIVE CASE UNDER DUCivR 7-4**<br><br>Case No. 2:26-cv-00718-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-4(c) the parties filed a Joint Motion for Administrative Appeal Scheduling Order,[1] and concurrently submitted this Proposed Scheduling Order. Having reviewed and considered the parties' proposed deadlines, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED and the following schedule shall govern this case:

1. Agency Decision Challenged:

Plaintiff Southern Utah Wilderness Alliance challenges the following decision issued by Gerald Kenczka, et al. (collectively, "Federal Defendants"):

[1] Docket No. 18, filed October 26, 2026.

- Decision Record for Caerus Veloci 14 Well Pad, DOI-BLM-UT-G010-2026-0017-EA (Jan. 2026), and accompanying Finding of No Significant Impact and Environmental Assessment.

Through this decision, Federal Defendants approved the construction of a new well pad, access road, and drilling of seven gas wells in Utah's southern Uinta Basin (the "Veloci Project").

2. Plaintiff's Grounds for Challenging Agency Decision:

Plaintiff challenges the Veloci Project on the grounds that the Federal Defendants failed to disclose and analyze the foreseeable impacts of the Veloci Project on the Bureau of Land Management-identified White River lands with wilderness characteristics and Natural Area, mule deer, Mexican spotted owl, and Uinta Basin hookless cactus, in violation of the National Environmental Policy Act ("NEPA") and Administrative Procedure Act ("APA").

Additionally, Plaintiff challenges the Veloci Project on the grounds that the Federal Defendants 1) failed to consult with the United States Fish and Wildlife Service prior to approving the Veloci Project, and 2) irreversibly and irretrievably committed resources such that the decision foreclosed the formulation or implementation of any reasonable and prudent alternative measures, in violation of the Endangered Species Act ("ESA").

Finally, Plaintiff challenges the Veloci Project on the grounds that the Federal Defendants acted arbitrarily and capriciously by failing to consider an important aspect of the problem (contradictory information previously gathered by Federal Defendants), in violation of the APA (*see generally* ECF Doc. 1).

3. Federal Defendants Reasons in Support of Decision:

The Federal Defendants deny that the Veloci Project decision was arbitrary, capricious, or otherwise contrary to NEPA, the ESA, or the APA (*see generally* ECF Doc. 17). Federal

Defendants also reserve arguments that Plaintiff lacks standing to bring some or all of its claims and/or has otherwise failed to show that the Court has subject matter jurisdiction over this case.

4. Dates of Filing of Relevant Documents

   a. Federal Defendants' preparation of administrative record: November 20, 2026.

   b. Plaintiff's conferral with Federal Defendants' counsel on administrative record: December 4, 2026.

   c. Plaintiff's motion to supplement or amend the administrative record: December 11, 2026; if such a motion is filed, the remainder of the schedule set out below is vacated and Plaintiff and Federal Defendants will submit a new proposed scheduling order within 14 days of the Court's order on the contents of the administrative record.

   d. Plaintiff's opening brief: January 22, 2027.

   e. Federal Defendants' answer brief: March 5, 2027.

   f. Plaintiff's reply brief: April 2, 2027.

DATED this 27th day of October, 2026.

BY THE COURT

PAUL KOHLER
United States Magistrate Judge