MELISSA HOLYOAK, United States Attorney (9832)
RYAN D. MARSH, Assistant United States Attorney (13292)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
ryan.marsh@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, et al.,<br><br>Defendants. | **NOTICE OF LODGING OF ADMINISTRATIVE RECORD**<br><br>Case No. 2:26-cv-00718-DBB-PK<br><br>District Judge David B. Barlow<br>Magistrate Judge Paul Kohler |

In accordance with this Court's Scheduling Order (ECF No. 19), Defendants hereby notice the lodging of the Administrative Record. The Administrative Record is being filed and lodged with the Court on thumb drives through the Clerk of the Court, with delivery by overnight mail. Copies of the Administrative Record are also being served on counsel of record for Plaintiff via electronic means, per their stated preference. A declaration certifying the Administrative Record is attached hereto.

Dated this 19th day of November 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Ryan D. Marsh*
RYAN D. MARSH
Assistant United States Attorney