**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIANCE<br><br>*Plaintiffs*,<br><br>v.<br><br>GERALD KENCZKA, in his official capacity as Assistant Field Manager for Lands and Minerals, Vernal Field Office, Bureau of Land Management, UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendants*. | **CERTIFICATION OF ADMINISTRATIVE RECORD**<br><br>Case No. 2:26-cv-00718<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Paul Kohler |

1. I, Molly Hocanson, am a Planning and Environmental Specialist with the U.S. Bureau of Land Management (BLM), in the Utah State Office. I have been employed by BLM since 2018.

2. As part of my official duties, I provided oversight for BLM's efforts in compiling the Administrative Record for BLM's appealed Caerus Veloci-14 Well Pad (DOI-BLM-UT-G010-2026-0017-EA) Decision. The complete Administrative Record and the index are contained on one USB flash drive that is being lodged with this Court.

3. To the best of my knowledge, information, and belief, the documents listed on the index and contained on the USB flash drive constitute a true, correct, and complete copy of the Administrative Record for the Caerus Veloci-14 Well Pad Decision.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November, 2026.

MOLLY HOCANSON

Digitally signed by MOLLY HOCANSON
Date: 2026.11.19 07:27:14 -07'00'